Writ of Mandamus Denied, Opinion issued September 21, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01225-CV

## IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-E**

## MEMORANDUM OPINION

Before Justices Morris, Richter, and Lang-Miers
Opinion by Justice Lang-Miers

Relator contends the trial judge failed to rule on certain motions he filed. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

ELIZABETH LANG-MIERS
JUSTICE